IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


ROBERT LANCE NASH, # 248240,      :

    Plaintiff,                        :

vs.                               :   CIVIL ACTION 05-0464-WS-B

JAMES B. JOHNSON,                 :

    Defendant.                        :


<u>ORDER</u>


After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims are either frivolous or fail to state a claim upon which relief may be granted.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, this Order adopting the Report and Recommendation, and the Judgment

dismissing this action.

      **DONE** and **ORDERED** this 10th day of July, 2007.

                                s/WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE