IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT LANCE NASH, # 248240,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-0464-WS-B |
| **JAMES B. JOHNSON,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this 10th day of July, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE